IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00178-REB-MEH

MESERET ATANAW WASSIE,

    Petitioner,

v.

MICHAEL MUKASEY,

    Respondent.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is petitioner's letter to the court, dated February 4, 2009, docket number 31, requesting that this matter be dismissed. I construe this request as a motion to dismiss. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the motion to dismiss [#31] filed February 4, 2009, is **GRANTED**; and

2. That this action is **DISMISSED**.

Dated February 5, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge